IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS FIELDS** **PETITIONER**
ADC #150118

v.  Case No. 5:15-cv-00389 KGB-BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction** **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

It is so adjudged this 28th day of April, 2016.

_____
Kristine G. Baker
United States District Judge